**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 25-6530**

―――――――――

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

RANDALL J. KEYSTONE,

        Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap.  James P. Jones, Senior District Judge.  (2:18-cr-00013-JPJ-1)

―――――――――

Submitted:  February 26, 2026                   Decided:  March 3, 2026

―――――――――

Before NIEMEYER and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Randall J. Keystone, Appellant Pro Se.  Paula Danielle Stone, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Abingdon, Virginia, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randall J. Keystone appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release.  We have reviewed the record and find no reversible error.  Accordingly, we deny Keystone's motion for default judgment and affirm the district court's order.  *United States v. Keystone*, No. 2:18-cr-00013-JPJ-1 (W.D. Va. June 10, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*